| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | John McLaughlin <br> First Name   Middle Name   Last Name | Social Security number or ITIN: <br> EIN: | xxx–xx–7101 <br> _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | Donna J. McLaughlin <br> First Name   Middle Name   Last Name | Social Security number or ITIN: <br> EIN: | xxx–xx–1257 <br> _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    3/17/17 |
| Case number: | 17–15224–CMG | Date case converted to chapter: | 7    7/18/18 |

## Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | John McLaughlin | Donna J. McLaughlin |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1025 Halliard Ave <br> Beachwood, NJ 08722–2316 | 1025 Halliard Ave <br> Beachwood, NJ 08722–2316 |
| 4. | **Debtor's attorney** <br> Name and address | Kurt E. Reinheimer <br> Reinheimer & Reinheimer <br> 2494 Moore Road <br> Suite 4 <br> Toms River, NJ 08753 | Contact phone 732–349–4650 |
| 5. | **Bankruptcy trustee** <br> Name and address | John Michael McDonnell <br> McDonnell Crowley, LLC <br> 115 Maple Ave <br> Suite 201 <br> Red Bank, NJ 07701 | Contact phone 732–383–7233 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street  Trenton, NJ 08608  Additional information may be available at the Court's Web Site:  www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 609–858–9333  Date: 7/19/18 |
| 7. | **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **August 17, 2018 at 09:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| 8. | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9).  **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 10/16/18** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

Case 17-15224-CMG    Doc 53    Filed 07/21/18    Entered 07/22/18 00:36:46    Desc Imaged
Certificate of Notice    Page 4 of 6

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-15224-CMG
John McLaughlin                                                     Chapter 7
Donna J. McLaughlin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Jul 19, 2018
                              Form ID: 309A            Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
```
db/jdb         John McLaughlin,    Donna J. McLaughlin,    1025 Halliard Ave,    Beachwood, NJ 08722-2316
516725811     +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
516707158      ADT Security Services Inc.,    Attn: Transworld Systems Inc.,    PO Box 15618,
                Wilmington, DE 19850-5618
516707159      Ameritech Mastercard,    Attn: Jefferson Capital Systems,    16 McLeland Rd,
                Saint Cloud, MN 56303-2198
516707164      CBCS,    PO Box 2589,    Columbus, OH 43216-2589
516707194    ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
              (address filed with court: Verve,    PO Box 8099,    Newark, DE 19714-8099)
516707160     +Cach, LLC.,    Attn: Federated Law Group, PLLC,    13205 US Highway 1,
                Juno Beach, FL 33408-2253
516707161      Capital One Bank,    Attn: First Source,    205 Bryant Woods S,    Amherst, NY 14228-3609
516707162      Capital One Bank USA,    Attn: Firstsource,    205 Bryant Woods S,    Amherst, NY 14228-3609
516707163      Capital One Bank USA N.A.,    Attn: Client Services,    3451 Harry S Truman Blvd,
                Saint Charles, MO 63301-4047
516707165      Community Medical Center,    Attn: IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
516707166      Credit One Bank, N.A.,    Attn: MCM, Inc.,    PO Box 2121,    Warren, MI 48090-2121
516780887     +Deutsche Bank National Trust Co., Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516707167      EMA,    PO Box 6081,    Parsippany, NJ 07054-7081
516707168      GM Financial Leasing,    75 Remittance Dr Dept 1738,    Chicago, IL 60675-1738
516707169      Harley-Davidson Credit Corp.,    800 SW 39th St,    Renton, WA 98057-4975
516707170      Jersey Shore University Medical Center,    Attn: Credit Control, LLC,    5757 Phantom Dr Ste 330,
                Hazelwood, MO 63042-2429
516707173      LVNV Funding,    c/o Eltman Eltman & Cooper PC,    101 Hudson St,    Jersey City, NJ 07302-3915
516707172      LVNV Funding,    C/O Stegner & Stegner PC,    2618 E Paris Ave SE,    Grand Rapids, MI 49546-2454
516707175      Mid America,    Attn: Asset Recovery,    2200 E Devon Ave,    Des Plaines, IL 60018-4503
516707176     +MidAmerica,    Attn: Credit Control, LLC,    5757 Phantom Dr,    Hazelwood, MO 63042-2415
516707177      Midland Funding,    c/o Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516707178      Midland Funding,    c/o Leonard Franco, Jr., Esq.,    1037 Raymond Blvd,    Newark, NJ 07102-5423
516707180      Monmouth Medical Center Southern Campus,    Attn: BCA Financial Services, Inc.,
                18001 Old Cutler Rd Ste 462,    Miami, FL 33157-6437
516707181      Monroe & Main-DMS,    Attn: Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
516707183      NJ Best lawns, Sprinklers & Fencing,    195 Lehigh Ave,    Lakewood, NJ 08701-4555
516707182      New Jersey E-ZPas,    Attn: RMCB,    4 Westchester Plz,    Elmsford, NY 10523-1612
516707184      Obesity Treatment Centers of NJ,    Attn: Sa-vit Collection Agency,    46 W Ferris St,
                East Brunswick, NJ 08816-2159
516707185      Obesity Treatnebt Centers of NJ,    95 Madison Ave,    Morristown, NJ 07960-6092
516707186      Orchard Bank,    Attn: Portfoliol Recovery Assoc., LLC,    PO Box 4115,    Concord, CA 94524-4115
516707187      Pediatric Affiliates PA,    Attn: IC System Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
516707188      Saint Barnabas,    Attn: Apex Asset Management,    2501 Oregon Pike,    Lancaster, PA 17601-4890
516707189      Specialized Loan Servicing, LLC,    PO Box 630147,    Littleton, CO 80163-0147
516707191      Superior Court of New Jersey,    118 Washington St,    Toms River, NJ 08753-7626
516707190      Superior Court of New Jersey,    Ocean County,    118 Washington St,    Toms River, NJ 08753-7626
516707192      Total Visa,    PO Box 5220,    Sioux Falls, SD 57117-5220
516707193      US Bank Cust BvTrust 2015-1,    c/o Beachwood Borough Tax Collector,    1600 Pinewald Rd,
                Beachwood, NJ 08722-3007
516707195      Willis & Greser,    247 Main St,    Toms River, NJ 08753-7468
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: kerrein66@comcast.net Jul 19 2018 23:07:23     Kurt E. Reinheimer,
                Reinheimer & Reinheimer,    2494 Moore Road,    Suite 4,    Toms River, NJ 08753
tr            +EDI: BJMMCDONNELLIII.COM Jul 20 2018 02:38:00      John Michael McDonnell,
                McDonnell Crowley, LLC,    115 Maple Ave,    Suite 201,    Red Bank, NJ 07701-1753
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 19 2018 23:08:24     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 19 2018 23:08:21      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516771894      EDI: RESURGENT.COM Jul 20 2018 02:38:00      CACH, LLC,    PO BOX 10587,
                Greenville, SC 29603-0587
516810811      EDI: CAPITALONE.COM Jul 20 2018 02:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
516875384     +EDI: CRFRSTNA.COM Jul 20 2018 02:38:00      Credit First NA,    Bk13 Credit Operations,
                PO Box 818011,    Cleveland, OH 44181-8011
516707171      EDI: CAPIO.COM Jul 20 2018 02:38:00      Jersey Shore University Medical Center,
                Attn: Capio Partners,    2222 Texoma Pkwy,    Sherman, TX 75090-2470
516825154      EDI: RESURGENT.COM Jul 20 2018 02:38:00      LVNV Funding LLC, C/O Resurgent Capital Services,
                P.O. Box 10675,    Greenville, SC 29603-0675
516825813      EDI: RESURGENT.COM Jul 20 2018 02:38:00      LVNV Funding, LLC,    c/o Resurgent Capital Services,
                PO BOX 10675,    Greenville, SC 29603-0675
```

```
District/off: 0312-3          User: admin               Page 2 of 2                Date Rcvd: Jul 19, 2018
                              Form ID: 309A             Total Noticed: 59


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516954237         EDI: RESURGENT.COM Jul 20 2018 02:38:00      LVNV Funding, LLC its successors and assigns as,
                   assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587
516833235         EDI: MERRICKBANK.COM Jul 20 2018 02:38:00      MERRICK BANK,    Resurgent Capital Services,
                   PO Box 10368,    Greenville, SC 29603-0368
516849747        +EDI: MID8.COM Jul 20 2018 02:38:00      MIDLAND FUNDING LLC,    PO Box 2011,
                   Warren, MI 48090-2011
516707174         EDI: MERRICKBANK.COM Jul 20 2018 02:38:00      Merrick Bank Co.,    Attn: Carson Smithfield, LLC,
                   PO Box 9216,    Old Bethpage, NY 11804-9016
516707179         EDI: PHINGENESIS Jul 20 2018 02:38:00      Milestone,    PO Box 4477,    Beaverton, OR 97076-4401
516961741         EDI: PRA.COM Jul 20 2018 02:38:00      Portfolio Recovery Associates, LLC,
                   c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516961706         EDI: PRA.COM Jul 20 2018 02:38:00      Portfolio Recovery Associates, LLC,
                   c/o Rcs Direct Marketing/Household Bank,    POB 41067,    Norfolk VA 23541
516950392        +EDI: JEFFERSONCAP.COM Jul 20 2018 02:38:00      Premier Bankcard, Llc,
                   c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516747852         EDI: Q3G.COM Jul 20 2018 02:38:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                   PO Box 788,    Kirkland, WA 98083-0788
516708877        +EDI: RMSC.COM Jul 20 2018 02:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                   PO Box 41021,    Norfolk, VA 23541-1021
516866027        +EDI: AIS.COM Jul 20 2018 02:38:00      Verizon,    by American InfoSource LP as agent,
                   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516903301*       +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516715163        ##ACB Receivables Management, Inc.,    PO Box 350,    Asbury Park, NJ 07712-0350
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.    Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.    The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-C by its dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Kurt E. Reinheimer    on behalf of Debtor John    McLaughlin kerrein66@comcast.net,
               G1659@notify.cincompass.com
              Kurt E. Reinheimer    on behalf of Joint Debtor Donna J. McLaughlin kerrein66@comcast.net,
               G1659@notify.cincompass.com
              Robert P. Saltzman    on behalf of Creditor    Special Loan Servicing, LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 8
```