UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 17-15224-CMG |
|---|---|---|
| John McLaughlin<br>Donna J. McLaughlin | Judge: | Gravelle |
| | Chapter: | 7 |

## ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The relief set forth on the following page is hereby **ORDERED**.

DATED: 07/19/2018

/s/ Hon. Christine M. Gravelle
Judge, U. S. Bankruptcy Court

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

*rev.12/1/09*

2

United States Bankruptcy Court
District of New Jersey

In re:  
John McLaughlin  
Donna J. McLaughlin  
    Debtors

Case No. 17-15224-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin                Page 1 of 1                Date Rcvd: Jul 19, 2018  
                         Form ID: pdf903            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.  
db             John McLaughlin,    1025 Halliard Ave,    Beachwood, NJ  08722-2316  
jdb            Donna J. McLaughlin,    1025 Halliard Ave,    Beachwood, NJ  08722-2316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                         Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2018 at the address(es) listed below:  
      Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Albert    Russo    docs@russotrustee.com  
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for  
       Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan  
       Asset-Backed Certificates, Series INABS 2005-C by its dcarlon@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
      Kurt E. Reinheimer    on behalf of Debtor John   McLaughlin kerrein66@comcast.net,  
       G1659@notify.cincompass.com  
      Kurt E. Reinheimer    on behalf of Joint Debtor Donna J. McLaughlin kerrein66@comcast.net,  
       G1659@notify.cincompass.com  
      Robert P. Saltzman    on behalf of Creditor    Special Loan Servicing, LLC dnj@pbslaw.org  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                       TOTAL: 7