

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| --- | --- |
| In Re:  John McLaughlin  Donna J. McLaughlin | Case No.: _____17-15224-CMG_____  Chapter: _____7_____  Judge: _____Gravelle_____ |

### ORDER RESPECTING
### AMENDMENT TO SCHEDULE D, E/F, F, G, H
### OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: _07/25/2018_____

/s/ Hon. Christine M. Gravelle_____
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule __D, E/F, G__ or to the List of Creditors on _____07/25/2018_____, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1.   A copy of the applicable *Notice of Chapter* ___7___ *Bankruptcy Case,* and

2.   In a Chapter 11 case:
   a)   a copy of the last modified plan and disclosure statement, if any, and
   b)   a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3.   In a Chapter 12 or Chapter 13 case:
   a)   a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b)   a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-15224-CMG
John McLaughlin                                                       Chapter 7
Donna J. McLaughlin
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin          Page 1 of 1              Date Rcvd: Jul 25, 2018
                               Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db/jdb        John McLaughlin,    Donna J. McLaughlin,    1025 Halliard Ave,    Beachwood, NJ  08722-2316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
           Asset-Backed Certificates, Series INABS 2005-C by its dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
          Kurt E. Reinheimer    on behalf of Debtor John  McLaughlin kerrein66@comcast.net,
           G1659@notify.cincompass.com
          Kurt E. Reinheimer    on behalf of Joint Debtor Donna J. McLaughlin kerrein66@comcast.net,
           G1659@notify.cincompass.com
          Robert P. Saltzman    on behalf of Creditor    Special Loan Servicing, LLC dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 7