UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ROB SALTZMAN, ESQUIRE
PLUESE, BECKER & SALTZMAN, LLC
Attorneys at Law
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ  08054
(856) 813-1700

**Order Filed on July 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John McLaughlin
Donna J. McLaughlin

Case No.: 17-15224-CMG

Hearing Date:

Judge: Christine M. Gravelle

Chapter: 13

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 31, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Deutsche Bank National Trust Company, as Trustee for Home Equity
Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity
Mortgage Loan Asset-Backed Certificates, Series INABS 2005-C

Upon the motion of _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

1025 Halliard Avenue, Toms River, NJ 08753

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2