UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : ACAR Leasing LTD, d/b/a GM Financial Leasing
Our File No.:  46955
JM-5630

In Re:

John McLaughlin
Donna J. McLaughlin

Order Filed on September 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-15224

Hearing Date:  9-11-2018

Judge:  CMG

Chapter:  7

Recommended Local Form:   ☒ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 11, 2018**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

Upon the motion of _____ACAR Leasing LTD, d/b/a GM Financial Leasing_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏     Real property more fully described as:

☑     Personal property more fully described as:

    2015 Chevrolet Malibu
    Vehicle Identification Number
    1G11D5SL8FF211488

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*