UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Ally Capital
Our File No.: 46925
JM-5630

**Order Filed on September 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John McLaughlin
Donna J. McLaughlin

| | |
|---|---|
| Case No.: | 17-15224 |
| Hearing Date: | 9-11-2018 |
| Judge: | CMG |
| Chapter: | 7 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 11, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____Ally Capital_____, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as
hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is
vacated to permit the movant to pursue the movant's rights in the personal property described below to
the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏      Real property more fully described as:

☑      Personal property more fully described as:

   2013 GMC Terrain
   Vehicle Identification Number
   2GKALUEK8D6252593

It is further ORDERED that the movant may join the debtor and any trustee appointed in
this case as defendants in its action(s) irrespective of any conversion to any other chapter of the
Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who
entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-15224-CMG
John McLaughlin                                                 Chapter 7
Donna J. McLaughlin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Sep 11, 2018
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
db/jdb        John McLaughlin,   Donna J. McLaughlin,   1025 Halliard Ave,   Beachwood, NJ  08722-2316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
           Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
           Asset-Backed Certificates, Series INABS 2005-C by its dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John Michael McDonnell   jmcdonnell@mchfirm.com,  jcohen@mchfirm.com;NJ95@ecfcbis.com
          John R. Morton, Jr.   on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          John R. Morton, Jr.   on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kurt E. Reinheimer   on behalf of Joint Debtor Donna J. McLaughlin kerrein66@comcast.net,
           G1659@notify.cincompass.com
          Kurt E. Reinheimer   on behalf of Debtor John  McLaughlin kerrein66@comcast.net,
           G1659@notify.cincompass.com
          Robert P. Saltzman   on behalf of Creditor   Special Loan Servicing, LLC dnj@pbslaw.org
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 9