# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:  :  Case no.:  __17-15224-CMG__

John McLaughlin
Donna J. McLaughlin

Chapter:  __7__

Judge:  __Gravelle__

Debtor(s)

## CERTIFICATION OF NO OBJECTION

I __Alyson M. Guida__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
1025 Halliard Ave., Beachwood, NJ

JEANNE A. NAUGHTON, Clerk

Date: __10/18/2018__    By: __Alyson M. Guida__

*rev.2/10/17*