Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  17−15224−CMG
                    Chapter:  7
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John McLaughlin                                   Donna J. McLaughlin
   1025 Halliard Ave                                1025 Halliard Ave
   Beachwood, NJ 08722−2316            Beachwood, NJ 08722−2316

Social Security No.:
   xxx−xx−7101                                      xxx−xx−1257

Employer's Tax I.D. No.:

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>October 18, 2018</u>                 <u>Christine M. Gravelle</u>
                                              Judge, United States Bankruptcy Court