UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on February 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John McLaughlin
Donna J. McLaughlin

Case No.:   17-15224-CMG

Hearing Date:   2/19/19

Judge:   Gravelle

Chapter:   7

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____debtor_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☑ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☑ The case shall be reviewed within ___14___ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*