UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on February 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John McLaughlin
Donna J. McLaughlin

Case No.:          17-15224-CMG

Hearing Date:          2/19/19

Judge:          Gravelle

Chapter:          7

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____debtor_____, and for good cause shown, it is

ORDERED as follows:

1.    This case is reopened.

2.    ❏    A Trustee shall be appointed.

      ☑    A Trustee shall not be appointed.

3.    ❏    The case shall be immediately reclosed.

      ❏    The case shall be closed within _____ days.

      ☑    The case shall be reviewed within ___14___ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-15224-CMG
John McLaughlin                                                         Chapter 7
Donna J. McLaughlin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1                Date Rcvd: Feb 19, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db/jdb        John McLaughlin,   Donna J. McLaughlin,   1025 Halliard Ave,   Beachwood, NJ  08722-2316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                 Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2019 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
           Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
           Asset-Backed Certificates, Series INABS 2005-C by its dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John Michael McDonnell   jmcdonnell@mchfirm.com,  jcohen@mchfirm.com,NJ95@ecfcbis.com
          John R. Morton, Jr.   on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          John R. Morton, Jr.   on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kurt E. Reinheimer   on behalf of Joint Debtor Donna J. McLaughlin kerrein66@comcast.net,
           G1659@notify.cincompass.com
          Kurt E. Reinheimer   on behalf of Debtor John  McLaughlin kerrein66@comcast.net,
           G1659@notify.cincompass.com
          Robert P. Saltzman   on behalf of Creditor   Special Loan Servicing, LLC dnj@pbslaw.org
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 9