Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17–15224–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John McLaughlin | Donna J. McLaughlin |
| 1025 Halliard Ave | 1025 Halliard Ave |
| Beachwood, NJ 08722–2316 | Beachwood, NJ 08722–2316 |

Social Security No.:
  xxx–xx–7101                               xxx–xx–1257

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 22, 2019</u>                        <u>Christine M. Gravelle</u>
                                                                  Judge, United States Bankruptcy Court