| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | John McLaughlin<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–7101<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Donna J. McLaughlin<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–1257<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  17–15224–CMG | | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John McLaughlin                                          Donna J. McLaughlin

2/22/19                                                 **By the court:**  Christine M. Gravelle
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
John McLaughlin  
Donna J. McLaughlin  
    Debtors

Case No. 17-15224-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3     Date Rcvd: Feb 22, 2019  
                    Form ID: 318     Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2019.

```
db/jdb         John McLaughlin,    Donna J. McLaughlin,    1025 Halliard Ave,    Beachwood, NJ 08722-2316
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
cr             +Deutsche Bank National Trust Company, as Trustee f,    Specialized Loan Servicing, LLC,
                PO Box 636007,    Littleton, CO 80163-6007
cr             +Special Loan Servicing, LLC,    P.O. Box 60535,    City of Industry, CA 91716-0535
516725811      +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
516707158       ADT Security Services Inc.,    Attn: Transworld Systems Inc.,    PO Box 15618,
                Wilmington, DE 19850-5618
516707159       Ameritech Mastercard,    Attn: Jefferson Capital Systems,    16 McLeland Rd,
                Saint Cloud, MN 56303-2198
516707164       CBCS,    PO Box 2589,    Columbus, OH 43216-2589
516707194     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Verve,     PO Box 8099,    Newark, DE 19714-8099)
516707160      +Cach, LLC.,    Attn: Federated Law Group, PLLC,    13205 US Highway 1,
                Juno Beach, FL 33408-2222
516707161       Capital One Bank,    Attn: First Source,    205 Bryant Woods S,    Amherst, NY 14228-3609
516707162       Capital One Bank USA,    Attn: Firstsource,    205 Bryant Woods S,    Amherst, NY 14228-3609
516707163       Capital One Bank USA N.A.,    Attn: Client Services,    3451 Harry S Truman Blvd,
                Saint Charles, MO 63301-4047
517661514      +Central Jersey Specialty Surgical Assoc.,    10 Industrial Way East, Suite 104,
                Eatontown, NJ 07724-3333
516707165       Community Medical Center,    Attn: IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
516707166       Credit One Bank, N.A.,    Attn: MCM, Inc.,    PO Box 2121,    Warren, MI 48090-2121
516780887      +Deutsche Bank National Trust Co., Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516707167       EMA,    PO Box 6081,    Parsippany, NJ 07054-7081
516707168       GM Financial Leasing,    75 Remittance Dr Dept 1738,    Chicago, IL 60675-1738
516707169      +Harley-Davidson Credit Corp.,    800 SW 39th St,    Renton, WA 98057-4927
516707170       Jersey Shore University Medical Center,    Attn: Credit Control, LLC,    5757 Phantom Dr Ste 330,
                Hazelwood, MO 63042-2429
516707173       LVNV Funding,    c/o Eltman Eltman & Cooper PC,    101 Hudson St,    Jersey City, NJ 07302-3915
516707172       LVNV Funding,    C/O Stegner & Stegner PC,    2618 E Paris Ave SE,    Grand Rapids, MI 49546-2454
516707175       Mid America,    Attn: Asset Recovery,    2200 E Devon Ave,    Des Plaines, IL 60018-4503
516707176      +MidAmerica,    Attn: Credit Control, LLC,    5757 Phantom Dr,    Hazelwood, MO 63042-2415
516707177       Midland Funding,    c/o Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516707178       Midland Funding,    c/o Leonard Franco, Jr., Esq.,    1037 Raymond Blvd,    Newark, NJ 07102-5423
516707180       Monmouth Medical Center Southern Campus,    Attn: BCA Financial Services, Inc.,
                18001 Old Cutler Rd Ste 462,    Miami, FL 33157-6437
516707181       Monroe & Main-DMS,    Attn: Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
516707183       NJ Best lawns, Sprinklers & Fencing,    195 Lehigh Ave,    Lakewood, NJ 08701-4555
516707182       New Jersey E-ZPas,    Attn: RMCB,    4 Westchester Plz,    Elmsford, NY 10523-1612
517661515      +New Jersey Turnpike Authority,    Attn: NJ E-ZPass,    PO Box 4971,    Trenton, NJ 08650-4971
516707184       Obesity Treatment Centers of NJ,    Attn: Sa-vit Collection Agency,    46 W Ferris St,
                East Brunswick, NJ 08816-2159
516707185       Obesity Treatnebt Centers of NJ,    95 Madison Ave,    Morristown, NJ 07960-6092
516707186       Orchard Bank,    Attn: Portfoliol Recovery Assoc., LLC,    PO Box 4115,    Concord, CA 94524-4115
516707187       Pediatric Affiliates PA,    Attn: IC System Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
516707188       Saint Barnabas,    Attn: Apex Asset Management,    2501 Oregon Pike,    Lancaster, PA 17601-4890
516707189       Specialized Loan Servicing, LLC,    PO Box 630147,    Littleton, CO 80163-0147
517661513      +Specialized Loan Servicing, LLC,    C/O: Buckley Madole, P.C.,    PO Box 9013,
                Addison, TX 75001-9013
516707191       Superior Court of New Jersey,    118 Washington St,    Toms River, NJ 08753-7626
516707190       Superior Court of New Jersey,    Ocean County,    118 Washington St,    Toms River, NJ 08753-7626
516707192       Total Visa,    PO Box 5220,    Sioux Falls, SD 57117-5220
516707193       US Bank Cust BvTrust 2015-1,    c/o Beachwood Borough Tax Collector,    1600 Pinewald Rd,
                Beachwood, NJ 08722-3007
516707195       Willis & Greser,    247 Main St,    Toms River, NJ 08753-7468
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2019 22:42:20     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2019 22:42:19     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr              EDI: GMACFS.COM Feb 23 2019 03:38:00     Ally Capital,    PO Box 130424,
                Roseville, MN 55113-0004
516771894       EDI: RESURGENT.COM Feb 23 2019 03:38:00     CACH, LLC,    PO BOX 10587,
                Greenville, SC 29603-0587
516810811       EDI: CAPITALONE.COM Feb 23 2019 03:38:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
516875384      +EDI: CRFRSTNA.COM Feb 23 2019 03:38:00     Credit First NA,    Bk13 Credit Operations,
                PO Box 818011,    Cleveland, OH 44181-8011
```

```
District/off: 0312-3          User: admin              Page 2 of 3               Date Rcvd: Feb 22, 2019
                              Form ID: 318             Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
516707171         EDI: CAPIO.COM Feb 23 2019 03:38:00      Jersey Shore University Medical Center,
                  Attn: Capio Partners,    2222 Texoma Pkwy,    Sherman, TX 75090-2470
516825154         EDI: RESURGENT.COM Feb 23 2019 03:38:00      LVNV Funding LLC, C/O Resurgent Capital Services,
                  P.O. Box 10675,    Greenville, SC 29603-0675
516825813         EDI: RESURGENT.COM Feb 23 2019 03:38:00      LVNV Funding, LLC,   c/o Resurgent Capital Services,
                  PO BOX 10675,    Greenville, SC 29603-0675
516954237         EDI: RESURGENT.COM Feb 23 2019 03:38:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of Arrow Financial Services,,    LLC,   Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
516833235         EDI: MERRICKBANK.COM Feb 23 2019 03:38:00      MERRICK BANK,    Resurgent Capital Services,
                  PO Box 10368,    Greenville, SC 29603-0368
516849747        +EDI: MID8.COM Feb 23 2019 03:38:00      MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren, MI 48090-2011
516707174         EDI: MERRICKBANK.COM Feb 23 2019 03:38:00      Merrick Bank Co.,    Attn: Carson Smithfield, LLC,
                  PO Box 9216,    Old Bethpage, NY 11804-9016
516707179         EDI: PHINGENESIS Feb 23 2019 03:38:00      Milestone,    PO Box 4477,    Beaverton, OR 97076-4401
516961741         EDI: PRA.COM Feb 23 2019 03:38:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516961706         EDI: PRA.COM Feb 23 2019 03:38:00      Portfolio Recovery Associates, LLC,
                  c/o Rcs Direct Marketing/Household Bank,    POB 41067,    Norfolk VA 23541
516950392        +EDI: JEFFERSONCAP.COM Feb 23 2019 03:38:00      Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516747852         EDI: Q3G.COM Feb 23 2019 03:38:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                  PO Box 788,    Kirkland, WA 98083-0788
516708877        +EDI: RMSC.COM Feb 23 2019 03:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
516866027        +EDI: AIS.COM Feb 23 2019 03:38:00      Verizon,    by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                 TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517661516*        GM Financial Leasing,    75 Remittance Drive, Dept. 1738,    Chicago, IL 60675-1738
516903301*       +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516715163       ##ACB Receivables Management, Inc.,    PO Box 350,    Asbury Park, NJ 07712-0350
                                                                                               TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-C by its dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com,NJ95@ecfcbis.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigcf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,    mortoncraigcf@gmail.com

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Feb 22, 2019
                              Form ID: 318             Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Kurt E. Reinheimer    on behalf of Debtor John  McLaughlin kerrein66@comcast.net,
               G1659@notify.cincompass.com
              Kurt E. Reinheimer    on behalf of Joint Debtor Donna J. McLaughlin kerrein66@comcast.net,
               G1659@notify.cincompass.com
              Robert P. Saltzman    on behalf of Creditor   Special Loan Servicing, LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```